435 A.2d 247

Commonwealth v. Pierce, Appellant.

Submitted November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order of court affirmed.

435 A.2d 247

Commonwealth v. Reaves, Appellant.
Petition for Allowance of Appeal Denied Sept. 11, 1981.

Argued December 1, 1980. Terry W. Clemons, for appellant; Stephen Harris, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.